IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

AUG 28 2015

CLERK_____
SO. DIST. OF GA

JOHN DARWIN JORDAN,

    Plaintiff,

v.

FNU MORALES, Warden; FNU JACKSON, Warden of Security; GEORGIA DEPARTMENT OF CORRECTIONS; COASTAL STATE PRISON;

    Defendants.

CASE NO. CV415-170

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and this case is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of August 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA