AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

John Darwin Jordan

JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　CASE NUMBER: CV415-170

FNU Morales et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated August 28, 2015, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; dismissing this case without prejudice. This action stands closed.



August 28, 2015　　　　　　　　　　Scott L. Poff
Date　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　(By) Deputy Clerk

GAS Rev 10/1/03